IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:99CR3093 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| | ) | |
| BRYANT O. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

     The Clerk's Office has requested that Document Number 45 be stricken from the record for the following reason:

•     the document is incorrect.

     IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 45 from the record.

     December 12, 2005.                   BY THE COURT:

                                                                  s/ *Richard G. Kopf*
                                                                   United States District Judge