IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:99CR3093 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER FOR WRIT OF |
| | ) | HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| BRYANT O. WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon the application of the United States (Filing No. 44),

IT IS ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued as requested above.

December 12, 2005.                          BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge